Matter of Huntley Power, LLC v Town of Tonawanda (2023 NY Slip Op 03088)

Matter of Huntley Power, LLC v Town of Tonawanda

2023 NY Slip Op 03088

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

33 OP 22-01275

[*1]IN THE MATTER OF HUNTLEY POWER, LLC, PETITIONER,
v
TOWN OF TONAWANDA, RESPONDENT. (PROCEEDING NO. 1.) 

BARCLAY DAMON LLP, ROCHESTER (MARK R. MCNAMARA OF COUNSEL), FOR PETITIONER. 
RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (MARC A. ROMANOWSKI OF COUNSEL), FOR RESPONDENT. 

 Proceeding pursuant to Eminent Domain Procedure Law § 207 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department) to review the determination of respondent. The determination approved the condemnation of certain real property. 
It is hereby ORDERED that the proceeding is unanimously dismissed without costs.
Same memorandum as in Matter of Huntley Power, LLC v Town of Tonawanda ([proceeding No. 2] — AD3d — [June 9, 2023] [4th Dept 2023]).
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court